**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Douglas Moran, Royal Bodkin, LLC and Woolworth Interests, LLC  v.
                          Richard Williamson d/b/a Williamson Realty

Appellate case number:   01-14-00928-CV

Trial court case number: 2011-45234

Trial court:              11th District Court of Harris County

Date motion filed:        May 31, 2016

Party filing motion:      Appellee, Richard Williamson d/b/a Williamson Realty

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes_____
                          ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Bland_____

Date:  June 28, 2016_____